Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. Ste. 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION**

| | |
|---|---|
| MARY HENDERSON, | Case No.: |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| vs. | **(Unlawful Debt Collection Practices)** |
| NCO FINANCIAL SYSTEMS, INC, | **Demand does not exceed $10,000** |
| Defendant. | |

## COMPLAINT

MARY HENDERSON (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges the following against NCO FINANCIAL SYSTEMS, INC. (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

- 1 -

COMPLAINT

3. Because Defendant maintains a business office and conducts business in the state of California, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

5. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

**PARTIES**

6. Plaintiff is a natural person who resides in Chicago, Illinois.

7. Defendant is a national company with a business office in Rancho Cordova, Sacramento County, California.

8. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

**FACTUAL ALLEGATIONS**

9. Defendant places constant and continuous collection calls to Plaintiff seeking and demanding payment for an alleged debt owed.

10. Defendant has been placing collection calls to Plaintiff for nearly three (3) months.

11. Defendant calls Plaintiff cell phone 773-230-0535 looking for Stan.

12. Plaintiff informed Defendant that Stan can not be found at the number Defendant is calling yet Defendant continues to call Plaintiff.

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

13. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural

1. consequence of which is to harass, oppress, or abuse the Plaintiff.
   b. Defendant violated *§1692d(5)* of the FDCPA by placing calls to Plaintiff and causing her telephone to ring constantly and continuously with the intent to abuse, harass and annoy her.
   c. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by continuing to call Plaintiff for Stan after Defendant was notified that Stan could not be found at the number Defendant was calling.

**WHEREFORE,** Plaintiff, MARY HENDERSON, respectfully requests judgment be entered against Defendant, NCO FINANCIAL SYSTEMS, INC., for the following:

14. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,
15. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,
16. Actual damages,
17. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*
18. Any other relief that this Honorable Court deems appropriate.

///
///
///
///
///
///

COMPLAINT

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, MARY HENDERSON, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED:  September 22, 2009                KROHN & MOSS, LTD.

By:__/s/ Nicholas J. Bontrager__
Nicholas J. Bontrager
Attorney for Plaintiff

COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ILLINOIS

Plaintiff, MARY HENDERSON, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, MARY HENDERSON, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: Sept. 17, 2009

_____
MARY HENDERSON

- 5 -

COMPLAINT