Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY HENDERSON, | Case No.  09-CV-02654-MCE-DAD |
| Plaintiff, | |
| vs. | NOTICE OF SETTLEMENT |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that this case has been settled.  Plaintiff and Defendant, NCO Financial Systems, Inc., anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 30 days.  The parties jointly request  that

///

///

///

///

Notice of Settlement

1

all pending dates and filing requirements be vacated and that the Court set a deadline on or after December 4, 2009, for filing dispositional documents.

Dated: 11/5/09                    KROHN & MOSS, LTD.

                                               /s/Nicholas J. Bontrager
                                               Nicholas J. Bontrager
                                               Attorney for Plaintiff
                                               Mary Henderson

Dated: 11/5/09                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                               /s/ Debbie P. Kirkpatrick
                                               Debbie P. Kirkpatrick
                                               Attorney for Defendant
                                               NCO Financial Systems, Inc.